1  Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
2  Blakeley E. Griffith, Esq.
    Nevada Bar No. 12386
3  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
    Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
    Email: asorenson@swlaw.com
6         bgriffith@swlaw.com

7  *Attorneys for HSBC Bank USA, N.A., as Trustee for*
    *Wells Fargo Home Equity Asset-Backed Certificates,*
8  *Series 2006-3, by its Attorney-in-fact Wells Fargo*
    *Bank, N.A., Wells Fargo Bank, N.A., and Wells*
9  *Fargo Asset Securities Corporation*

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11

12  EDYTA GRYGLAK, formerly known as          Case No. 2:17-cv-01514-JCM-NJK
      EDYTA A. FROMKIN,

13                        Plaintiff,                    **STIPULATION AND ORDER TO**
                                                         **EXTEND DEADLINE TO ANSWER**
14  vs.                                                        **COMPLAINT**

15  HSBC BANK USA, N.A., as trustee for                   **(SECOND REQUEST)**
      WELLS FARGO HOME EQUITY
16  ASSET-BACKED CERTIFICATES, Series
      2006-3, by its Attorney-in-fact WELLS
17  FARGO BANK, N.A.; WELLS FARGO
      BANK, N.A.; and WELLS FARGO
18  ASSET SECURITIES CORPORATION,

19                        Defendants.

20          Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY

21  ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO

22  BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES

23  CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with

24  Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to answer or

25  otherwise respond to Plaintiff's Complaint from July 31, 2017 to August 14, 2017.

26          WHEREAS, Plaintiff filed her Complaint against Defendants on May 28, 2017;

27          WHEREAS, Defendants were served with the Complaint on June 7, 2017, making their

28  response due on June 28, 2017;

- 1 -

4828-7234-4396

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

WHEREAS, the Parties stipulated and agreed to extend the time to respond to the Complaint from June 28, 2017 to July 31, 2017.

WHEREAS, the Parties now stipulate and agree to extend the time to respond to the Complaint from July 31, 2017 to August 14, 2017.

WHEREAS, this is the second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party and the reason for the extension is that attorneys for Defendants have been involved in preparing and participating in a week-long trial from July 17 to July 21st and need more time to evaluate and prepare an appropriate response to the Complaint;

WHEREAS, on or about May 25, 2017, Defendants commenced a non-judicial foreclosure proceeding against Plaintiff (the "Foreclosure Proceeding") by recording Notice of Default and Election to Sell Under Deed of Trust (the "Notice of Default"); and

WHEREAS, Plaintiff has no objection to extending Defendants' time to respond to the Complaint if Defendants suspend any further action to prosecute the Foreclosure Proceeding or Notice of Default;

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint from July 31, 2017 to August 14, 2017.

///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4828-7234-4396

2.     During this extension, Defendants shall not take any further action to prosecute the Foreclosure Proceeding, including but not limited to, recording a notice of trustee's sale, until seven days after Defendants respond to the Complaint.

Dated:  July 26, 2017.

SNELL & WILMER L.L.P.

By:   /s/ Blakeley E. Griffith
    Amy F. Sorenson (NV Bar No. 12495)
    Blakeley E. Griffith (NV Bar No. 12386)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
*Attorneys for HSBC Bank USA, N.A., as Trustee*
*for Wells Fargo Home Equity Asset-Backed*
*Certificates, Series 2006-3, by its Attorney-in-fact*
*Wells Fargo Bank, N.A., Wells Fargo Bank, N.A.,*
*and Wells Fargo Asset Securities Corporation*

Dated:  July 26, 2017.

AVRAMSKI LAW, PC

By:   /s/ Boris Avramski
    Boris Avramski (NV Bar No. 11350)
    602 So. 10th Street
    Las Vegas, NV 89101
    Telephone: (702) 522-1808
    Facsimile: (702) 685-3625
*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION to file an Answer or otherwise respond to Plaintiffs' Complaint shall be **August 14, 2017**.

During the extension, Defendants shall not take any action to prosecute a Foreclosure Proceeding against Plaintiff's property identified in the Complaint, including, but not limited to, taking any action to record a notice of trustee's sale, until seven days after Defendants respond to the Complaint.

**IT IS SO ORDERED**.

DATED this 27th day of July 2017.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

United States Magistrate Judge

4828-7234-4396

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada  89501
775.785.5440

Respectfully submitted by:

SNELL & WILMER L.L.P.


_____/s/ Blakeley E. Griffith_____
Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Blakeley E. Griffith, Esq. (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Defendant and Counter-Claimant*
*Brenda Jenkins-Sadberry*

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

- 4 -

4828-7234-4396