| | |
|---|---|
| 1 | AVRAMSKI LAW, PC |
| | Boris Avramski, Esq. |
| 2 | Nevada Bar No. 11350 |
| | 602 South 10th Street |
| 3 | Las Vegas, NV 89101 |
| | Phone: (702) 522-1808 |
| 4 | Fax: (702) 685-3625 |
| | bkhelpvegas@yahoo.com |
| 5 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,

   Plaintiff,

vs.

HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A., and WELLS FARGO ASSET SECURITIES CORPORATION,

   Defendants.

Case No.: 2:17-cv-01514-JCM-NJK

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DUE DATE TO RESPOND TO MOTION TO DISMISS**

**FIRST REQUEST**

**Motion Filed August 14, 2017**

Plaintiff Edyta Gryglak and Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation (collectively, "Wells Fargo") agree as follows:

WHEREAS on August 14, 2017, Wells Fargo filed a motion to dismiss the second, third, fourth, and fifth causes of action of the Complaint (Doc. No. 10) (the "Motion");

WHEREAS the due date for plaintiff Edyta Gryglak to respond to the Motion was Monday August 28, 2017;

WHEREAS this is Ms. Gryglak's first request for an extension of time, which is necessary due to the vacation and work schedules of her counsel;

WHEREAS Wells Fargo consents to this extension, which is not intended to cause any delay or prejudice to any party;

WHEREAS Ms. Gryglak is filing this stipulation and proposed order one day late, on August 29, 2017 rather than August 28, 2017, due to excusable neglect on the part of her counsel;[1]

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The due date for Ms. Gryglak's response to the Motion is extended by two weeks, from August 28, 2017 to September 11, 2017.

Dated this 29th day of August 2017.

| AVRAMSKI LAW, PC | SNELL & WILMER L.L.P. |
|---|---|
| Counsel for Plaintiff | Counsel for Defendants |
| */s/ Boris Avramski* | */s/ Blakeley E. Griffith* |
| Boris Avramski, Esq. | Blakeley E. Griffith, Esq. |
| Nevada Bar No. 11350 | Nevada Bar No. 12386 |
| AVRAMSKI LAW, PC | SNELL & WILMER L.L.P. |
| 4640 W. Charleston Blvd. | 3883 Howard Hughes Parkway |
| Las Vegas, NV 89102 | Las Vegas, NV 89169 |
| Phone: (702) 685-3618 | Phone: (702) 784-5200 |
| Fax: (702) 664-0555 | Fax: (702) 784-5252 |
| bkhelpvegas@yahoo.com | bgriffith@swlaw.com |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 30, 2017

---

[1] In particular, on August 28, 2017, Ms. Gryglak's lead counsel, Edward Griffith, had just returned from a vacation and was traveling in Florida for a court hearing in another case; this stipulation and proposed order was not prepared and filed until the following day due to a misunderstanding between Mr. Griffith and his staff.