1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Blakeley E. Griffith, Esq.
   Nevada Bar No. 12386
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: asorenson@swlaw.com
6          bgriffith@swlaw.com

7  *Attorneys for HSBC Bank USA, N.A., as Trustee for*
   *Wells Fargo Home Equity Asset-Backed Certificates,*
8  *Series 2006-3, by its Attorney-in-fact Wells Fargo*
   *Bank, N.A., Wells Fargo Bank, N.A., and Wells*
9  *Fargo Asset Securities Corporation*

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  EDYTA GRYGLAK, formerly known as         Case No. 2:17-cv-01514-JCM-NJK
    EDYTA A. FROMKIN,
13
                   Plaintiff,               **STIPULATION AND ORDER TO**
14                                           **EXTEND DEADLINE FOR DEFENDANTS**
    vs.                                      **TO FILE REPLY IN SUPPORT OF THEIR**
15                                           **MOTION TO DISMISS THE SECOND,**
    HSBC BANK USA, N.A., as trustee for      **THIRD, FOURTH, AND FIFTH CAUSES**
16  WELLS FARGO HOME EQUITY                  **OF ACTION OF THE COMPLAINT**
    ASSET-BACKED CERTIFICATES, Series
17  2006-3, by its Attorney-in-fact WELLS
    FARGO BANK, N.A.; WELLS FARGO              **(FIRST REQUEST)**
18  BANK, N.A.; and WELLS FARGO
    ASSET SECURITIES CORPORATION,
19
                   Defendants.
20

21        Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY

22  ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO

23  BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES

24  CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with

25  Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to file Reply in

26  Support of its Motion to Dismiss ("Motion to Dismiss") the Second, Third, Fourth, and Fifth

27  Causes of Action of the Complaint from September 18, 2017 to September 25, 2017.

28        WHEREAS, Defendants filed their Motion to Dismiss on August 14, 2017;

                                    - 1 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4828-8410-4783

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1       WHEREAS, Plaintiff filed her Opposition to Motion to Dismiss on September 11, 2017;

2       WHEREAS, the deadline for Defendants to file their Reply in Support of Motion to

3 Dismiss is September 18, 2017;

4       WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to file

5 their Reply in Support of the Motion to Dismiss from September 18, 2017 to September 25, 2017.

6       WHEREAS, this is the first request for an extension of time for Defendants to file their

7 Reply in Support of the Motion to Dismiss and is not intended to cause any delay or prejudice to

8 any party and the reason for the extension is that counsel for the Defendants has just returned

9 from being out of the office and needs more time to respond to the Opposition.

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**THE PARTIES HEREBY STIPULATE:**

1.      The deadline for Defendants to file a Reply in Support of the Motion to Dismiss is extended from September 18, 2017 to **September 25, 2017**.

Dated:  September 14, 2017.

SNELL & WILMER L.L.P.

By:     /s/ Blakeley E. Griffith
        Amy F. Sorenson (NV Bar No. 12495)
        Blakeley E. Griffith (NV Bar No. 12386)
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
*Attorneys for HSBC Bank USA, N.A., as Trustee*
*for Wells Fargo Home Equity Asset-Backed*
*Certificates, Series 2006-3, by its Attorney-in-fact*
*Wells Fargo Bank, N.A., Wells Fargo Bank, N.A.,*
*and Wells Fargo Asset Securities Corporation*

September 14, 2017.

AVRAMSKI LAW, PC

By:     /s/ Boris Avramski
        Boris Avramski (NV Bar No. 11350)
        602 So. 10th Street
        Las Vegas, NV 89101
        Telephone: (702 522-1808
        Facsimile: (702) 685-3625
*Attorney for Plaintiff*

<u>**ORDER**</u>

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION to file a Reply in Support of their Motion to Dismiss shall be extended from September 18, 2017 to **September 25, 2017**.

**IT IS SO ORDERED**.

DATED September 14, 2017.

_____
U.S. DISTRICT COURT JUDGE

///
///
///
///

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4828-8410-4783

1    Respectfully submitted by:

2    SNELL & WILMER L.L.P.

3

4    _____/s/ Blakeley E. Griffith_____
    Amy F. Sorenson, Esq. (Nevada Bar No. 12495)

5    Blakeley E. Griffith, Esq. (NV Bar No. 12386)
    3883 Howard Hughes Parkway, Suite 1100

6    Las Vegas, Nevada 89169
    Telephone:  (702) 784-5200

7    Facsimile:   (702) 784-5252
    *Attorneys for HSBC Bank USA, N.A., as Trustee for*

8    *Wells Fargo Home Equity Asset-Backed Certificates,*
    *Series 2006-3, by its Attorney-in-fact Wells Fargo*

9    *Bank, N.A., Wells Fargo Bank, N.A., and Wells*
    *Fargo Asset Securities Corporation*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

4828-8410-4783

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 14th day of September 2017.

_____
An Employee of Snell & Wilmer L.L.P.

4828-8410-4783