# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, | Case No. 2:17-cv-01514-JCM-NJK |
| Plaintiff, | |
| v. | ORDER |
| HSBC BANK USA, N.A., et al., | |
| Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 20, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: October 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge