1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Nathan G. Kanute, Esq.
   Nevada Bar No. 12413
3  Jennifer L. McBee, Esq.
   Nevada Bar No. 9110
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone: (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: asorenson@swlaw.com
7          nkanute@swlaw.com
           jmcbee@swlaw.com
8
   *Attorneys for HSBC Bank USA, N.A., as Trustee for*
9  *Wells Fargo Home Equity Asset-Backed Certificates,*
   *Series 2006-3, by its Attorney-in-fact Wells Fargo*
10 *Bank, N.A., Wells Fargo Bank, N.A., and Wells*
   *Fargo Asset Securities Corporation*

11

12                 **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14
   EDYTA GRYGLAK, formerly known as          Case No.: 2:17-cv-01514-JCM-NJK
15 EDYTA A. FROMKIN,

16                 Plaintiff,                 **STIPULATION AND ORDER TO**
                                              **EXTEND DISCOVERY DEADLINES**
17 vs.
                                              **(Second Request)**
18 HSBC BANK USA, N.A., as trustee for
   WELLS FARGO HOME EQUITY
19 ASSET-BACKED CERTIFICATES, Series
   2006-3, by its Attorney-in-fact WELLS
20 FARGO BANK, N.A.; WELLS FARGO
   BANK, N.A.; and WELLS FARGO
21 ASSET SECURITIES CORPORATION,

22                 Defendants.

23         Pursuant to LR 7-1 and LR 26-4, Plaintiff Edyta Gryglak ("Plaintiff") and Defendants

24 HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates,

25 Series 2006-3,  by its Attorney-in-fact Wells Fargo Bank, N.A. ("HSBC"); Wells Fargo Bank,

26 N.A. ("Wells Fargo"); and Wells Fargo Asset Securities Corporation ("WFASC", collectively

27 with HSBC and Wells Fargo, "Defendants") (collectively with Plaintiff, the "Parties"), by and

28 through their counsel, and in light of the Court's recent ruling on Defendants' motion to dismiss

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

4842-6117-0271

1   and counsel for Defendants' medical issues, hereby stipulate and request that this Court extend

2   the remaining discovery deadlines in the above-captioned case by a modest forty-five (45) days.

3   The current close of discovery is March 29, 2018, and the Parties seek an extension to May 14,

4   2018.

5       This is the Parties' Second Request to extend the discovery deadlines. In support of this

6   Stipulation, the Parties state as follows.

7   **A.    REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED**

8       As previously noted to the Court, Defendants' counsel Blakeley E. Griffith, Esq., had

9   taken the lead in litigating this case on behalf of Defendants, but was on leave pursuant to the

10  Family Medical Leave Act ("FMLA") through March 25, 2018. Unfortunately, counsel that took

11  her place as lead, Jennifer L. McBee, Esq., recently had a health diagnosis in February that has

12  required her to have multiple out-of-town doctor appointments and will require surgery shortly.

13  This unexpected medical issue has not allowed Ms. McBee to complete the written discovery

14  requests that she anticipated getting done shortly after the last extension request to this Court. The

15  undersigned has recently stepped in as lead for Defendants until Ms. Griffith returns at the end of

16  March 2018. The undersigned is getting up to speed on this matter and is preparing responses to

17  Plaintiff's written discovery requests.

18      The Parties have agreed that Defendants will respond to Plaintiff's written discovery on or

19  before March 23, 2018 and Plaintiff will respond to Defendants' written discovery on or before

20  April 6, 2018. The Parties will also work together to set deposition dates establish dates for all

21  depositions to take place in April.

22      The Parties have been working diligently to litigate this action, with a dispositive motion

23  having recently been ruled on and written discovery propounded by all Parties. Extending the close

24  of discovery and dispositive motion deadlines will allow additional time for counsel to finalize

25  written discovery responses in advance of depositions that will be scheduled.

26      The Parties do not seek an extension for any improper purpose, or for the purpose of

27  delay. Additionally, an extension of time will not prejudice the Parties, as all counsel explicitly

28  consents to the requested extension. Finally, the Parties are only requesting an extension of the

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

4842-6117-0271

1  close of discovery, dispositive motions, and the joint pretrial order, and request that these deadlines

2  be extended, as detailed below.

3  **B.**    **DISCOVERY COMPLETED TO DATE**

4        The following discovery has been completed:

5        1.    Plaintiff served written discovery requests on Defendants on or about December

6              21, 2017.

7        2.    Defendants served written discovery on Plaintiff on or about January 10, 2018.

8        3.    The Parties are working to schedule depositions.

9  **C.**    **DISCOVERY THAT REMAINS TO BE COMPLETED**

10       The following discovery remains to be completed:

11       1.    The Parties must respond to written discovery requests.

12       2.    The Parties intend to notice all depositions for April 2018.

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4842-6117-0271

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**D.      PROPOSED SCHEDULE**

Accordingly, the Parties propose the following schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | March 29, 2018 | May 14, 2018 |
| Dispositive Motions | April 28, 2018 | June 15, 2018 |
| Joint Pretrial Order | May 28, 2018 | July 16, 2018 |

Dated:  March 8, 2018.                           Dated:  March 8, 2018.

SNELL & WILMER L.L.P.                      AVRAMSKI LAW, PC

By:   /s/ Nathan G. Kanute                    By:   /s/ Boris Avramski
    Amy F. Sorenson (NV Bar No. 12495)       Boris Avramski (NV Bar No. 11350)
    Nathan G. Kanute (NV Bar No. 12413)      602 So. 10th Street
    Jennifer L. McBee (NV Bar No. 9110)      Las Vegas, NV 89101
    3883 Howard Hughes Parkway, Suite 1100   Telephone: (702 522-1808
    Las Vegas, NV 89169                      Facsimile: (702) 685-3625
*Attorneys for HSBC Bank USA, N.A., as Trustee*   *Attorney for Plaintiff*
*for Wells Fargo Home Equity Asset-Backed*
*Certificates, Series 2006-3, by its Attorney-in-fact*
*Wells Fargo Bank, N.A., Wells Fargo Bank, N.A.,*
*and Wells Fargo Asset Securities Corporation*

**ORDER**

IT IS SO ORDERED.

DATED: _March 9, 2018_

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -

4842-6117-0271