Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S RULE 59(e) MOTION FOR RECONSIDERATION TO DISMISS THE COMPLAINT'S SECOND AND THIRD CAUSES OF ACTION**<br><br>**(FIRST REQUEST)** |

Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to file a response to Plaintiff's Rule 59(e) Motion for Reconsideration of Order Granting Motion to Dismiss the Complaint's Second and Third Causes of Action ("Motion for Reconsideration") from April 6, 2018 to April 16, 2018.

- 1 -

4835-9292-3488

WHEREAS, on March 23, 2018, Plaintiff filed her Rule 59(e) Motion for Reconsideration of Order Granting Motion to Dismiss the Complaint's Second and Third Causes of Action (ECF No. 29);

WHEREAS, the deadline for Defendants to file their Response to the Motion for Reconsideration is April 6, 2018;

WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to file their Response to the Motion for Reconsideration from April 6, 2018 to April 16, 2018.

WHEREAS, this is the first request for an extension of time for Defendants to file their Response to the Motion for Reconsideration and is not intended to cause any delay or prejudice to any party and the reason for the extension is that due to counsel for the Defendants workload, she needs more time to respond to the Motion for Reconsideration.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendants to file a Response to the Motion for Reconsideration is extended from April 6, 2018 to **April 16, 2018**.

Dated: April 6, 2018.

SNELL & WILMER L.L.P.

By: /s/Blakeley E. Griffith
  Amy F. Sorenson (NV Bar No. 12495)
  Blakeley E. Griffith (NV Bar No. 12386)
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169
*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

Dated: April 6, 2018.

VEGAS WEST ATTORNEYS

By: /s/ Boris Avramski
  Boris Avramski (NV Bar No. 11350)
  5594 S. Fort Apache Road, Suite 120
  Las Vegas, NV 89148
  Telephone: (702) 629-7553
  Facsimile: (702) 629-2276
 *Attorney for Plaintiff*

///
///
///
///

4835-9292-3488

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

# **ORDER**

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION to Response to the Motion for Reconsideration is extended from April 6, 2018 to **April 16, 2018**.

**IT IS SO ORDERED**.

DATED  April 9, 2018.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

     /s/ Blakeley E. Griffith
Amy F. Sorenson, Esq. (Nevada Bar No. 12495)
Blakeley E. Griffith, Esq. (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

4835-9292-3488

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S RULE 59(e) MOTION FOR RECONSIDERATION TO DISMISS THE COMPLAINT'S SECOND AND THIRD CAUSES OF ACTION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 6th day of April 2018.

                                           */s/ Mary Full*
                                     An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4835-9292-3488