1   Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
2   Blakeley E. Griffith, Esq.
    Nevada Bar No. 12386
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, NV 89169
    Telephone: (702) 784-5200
5   Facsimile: (702) 784-5252
    Email: asorenson@swlaw.com
6           bgriffith@swlaw.com

7   *Attorneys for HSBC Bank USA, N.A., as Trustee for*
    *Wells Fargo Home Equity Asset-Backed Certificates,*
8   *Series 2006-3, by its Attorney-in-fact Wells Fargo*
    *Bank, N.A., Wells Fargo Bank, N.A., and Wells*
9   *Fargo Asset Securities Corporation*

10                  **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12  EDYTA GRYGLAK, formerly known as          Case No. 2:17-cv-01514-JCM-NJK
    EDYTA A. FROMKIN,
13
                    Plaintiff,
14                                            **STIPULATION AND ORDER TO**
    vs.                                       **EXTEND DISCOVERY DEADLINES**
15
    HSBC BANK USA, N.A., as trustee for              **(THIRD REQUEST)**
16  WELLS FARGO HOME EQUITY
    ASSET-BACKED CERTIFICATES, Series
17  2006-3, by its Attorney-in-fact WELLS
    FARGO BANK, N.A.; WELLS FARGO
18  BANK, N.A.; and WELLS FARGO
    ASSET SECURITIES CORPORATION,
19
                    Defendants.
20

21          Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY

22  ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO

23  BANK, N.A.; WELLS FARGO BANK, N.A. ("Wells Fargo"); AND WELLS FARGO ASSET

24  SECURITIES CORPORATION (collectively "Defendants") and Plaintiff Edyta Gryglak

25  ("Plaintiff" and together with Defendants, the "Parties") by and through their counsel, hereby

26  stipulate and request that this Court extend the remaining discovery deadlines in the above-

27  captioned case by sixty (60) days. The current close of discovery is May 14, 2018, and the

28  Parties seek an extension to July 13, 2018.

4811-7747-2609

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1    This is the Parties' Third Request to extend the discovery deadlines.  In support of this

2    Stipulation, the Parties state as follows.

3    **A.    REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED**

4        As previously noted to the Court, Defendants' counsel Blakeley E. Griffith, Esq., had

5    taken the lead in litigating this case on behalf of Defendants, but was on leave pursuant to the

6    Family Medical Leave Act ("FMLA") through March 25, 2018.  Unfortunately, counsel that took

7    her place as lead, Jennifer L. McBee, Esq., had a health diagnosis in February that required her to

8    have multiple out-of-town doctor appointments and required surgery.  This unexpected medical

9    issue caused the parties to request the second extension for discovery.  Now, Ms. Griffith has

10   returned from FMLA leave and is getting back up to speed on this case while Ms. McBee is now

11   out on FMLA leave.  Previously, the parties intended to respond to all written discovery by April

12   6, 2018 and have depositions take place in April.  However, due to the Parties' schedules they

13   were unable to schedule the depositions in April and these have been scheduled for early May

14   instead.  A significant reason for the delay in scheduling these depositions is Wells Fargo's

15   extensive witness schedule.  In Nevada alone, Wells Fargo is currently providing witnesses for

16   hundreds of depositions.  The Parties have worked together to schedule the depositions of Wells

17   Fargo for May 11, 2018 and Mrs. Gryglak for May 15, 2018.[1]  However, in an abundance of

18   caution, the Parties wish to extend discovery for an additional sixty (60) days in case any third

19   party deposition is necessary after the depositions of Plaintiff and Wells Fargo.  The Parties

20   acknowledge that it is not typical to have three extensions of discovery and do not seek such an

21   extension lightly.  Unfortunately, due to the circumstances noted above it has been necessary in

22   this case.

23       The Parties have been working diligently to litigate this action, with a dispositive motion

24   having recently been ruled on and written discovery propounded by all Parties. Further, Plaintiff

25   recently filed a Motion for Reconsideration and Defendants' opposition is due on April 16, 2018.

26   Extending the close of discovery and dispositive motion deadlines will allow additional time for

27   counsel to take the depositions and schedule any further depositions if necessary.

28

---

[1] This is one day after the present close of discovery.

The Parties do not seek an extension for any improper purpose, or for the purpose of delay. Additionally, an extension of time will not prejudice the Parties, as all counsel explicitly consents to the requested extension. Finally, the Parties are only requesting an extension of the close of discovery, dispositive motions, and the joint pretrial order, and request that these deadlines be extended, as detailed below.

**B.      DISCOVERY COMPLETED TO DATE**

The following discovery has been completed:

1.      Defendants responded to Plaintiff's written discovery on March 23, 2018.

2.      Plaintiff will respond to Defendant's written discovery on April 20, 2018.

3.      The Parties have scheduled depositions of the Plaintiff for May 15, 2018 and of Wells Fargo for May 11, 2018.

**C.      DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains to be completed:

1.      Plaintiff's deposition, which is scheduled for May 15, 2018 and Wells Fargo's deposition which is scheduled for May 11, 2018.

2.      Any third party depositions or depositions of other Defendants other than Wells Fargo, which arise after the depositions of Wells Fargo and the Plaintiff.

///

///

///

///

///

///

///

///

///

///

///

4811-7747-2609

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

D.      **PROPOSED SCHEDULE**

   Accordingly, the Parties propose the following schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Dispositive Motions | June 15, 2018 | August 13, 2018 |
| Close of Discovery | May 14, 2018 | July 13, 2018 |
| Joint Pretrial Order | July 16, 2018 | September 12, 2018 |

Dated: April 12, 2018.

SNELL & WILMER L.L.P.

By:    /s/ Blakeley E. Griffith
   Amy F. Sorenson (NV Bar No. 12495)
   Blakeley E. Griffith (NV Bar No. 12386)
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
*Attorneys for HSBC Bank USA, N.A., as Trustee*
*for Wells Fargo Home Equity Asset-Backed*
*Certificates, Series 2006-3, by its Attorney-in-fact*
*Wells Fargo Bank, N.A., Wells Fargo Bank, N.A.,*
*and Wells Fargo Asset Securities Corporation*

Dated: April 12, 2018.

VEGAS WEST ATTORNEYS

By:    /s/ Boris Avramski
   Boris Avramski (NV Bar No. 11350)
   5594 S. Fort Apache Road, Suite 120
   Las Vegas, NV 89148
   Telephone: (702) 629-7553
   Facsimile: (702) 629-2276
*Attorney for Plaintiff*

**ORDER**

   IT IS SO ORDERED.

DATED: April 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4811-7747-2609