| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | VEGAS WEST ATTORNEYS<br>Boris Avramski, Esq.<br>Nevada Bar No. 11350<br>5594 South Fort Apache Road, Suite 120<br>Las Vegas, NV 89148<br>Phone: (702) 629-7553<br>Fax: (702) 629-2276<br>boris@vegaswestattorneys.com<br>Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,

        Plaintiff,

vs.

HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A., and WELLS FARGO ASSET SECURITIES CORPORATION,

        Defendants.

Case No.: 2:17-cv-01514-JCM-NJK

**STIPULATION AND ORDER ALLOWING PLAINTIFF'S DEPOSITION TO TAKE PLACE AFTER DISCOVERY DEADLINE AND EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS AND JOINT PRE-TRIAL ORDER**
**(First Request)**

    Plaintiff Edyta Gryglak and Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation (collectively, "Wells Fargo" and with the plaintiff, the "Parties")) agree as set forth below to take Plaintiff's deposition after the close of discovery on August 17, 2018, to extend the deadline for dispositive motions from August 13, 2018 to September 13, 2018, and to extend the deadline for pre-trial orders from September 13, 2018 to October 16, 2018. This is the Parties' first request for an extension of time of the dispositive motions and joint pre-trial order.

    WHEREAS the current discovery deadline is Friday, July 13, 2018;

    WHEREAS the current deadlines to file dispositive motions and the joint pre-trial order are August 13, 2018 and September 13, 2018, respectively;

    WHEREAS plaintiff's deposition has not yet taken place due to plaintiff's prior

scheduling issues;

WHEREAS plaintiff's deposition is currently scheduled to take place on Thursday, July 12, 2018;

WHEREAS plaintiff's lead counsel is no longer available due to an unexpected personal emergency involving a close friend with terminal brain cancer;

WHEREAS Wells Fargo has generously agreed to reschedule plaintiff's deposition for a subsequent date provided the Court permits the deposition to occur after the July 13, 2018 discovery cut-off;

WHEREAS August 17, 2018 is the most convenient date for plaintiff's rescheduled deposition considering the schedules of Ms. Gryglak and counsel for the Parties;

Whereas, August 17, 2018, the date of the continued deposition, is after the deadline for dispositive motions, therefore the Parties request that the dispositive motion deadline be continued for thirty days (30) or until September 13, 2018.[1] In conjunction with this, the Parties request that the deadline for the pre-trial order be continued for thirty days (30) after that, or until October 16, 2018. This is the Parties' first request for an extension of these deadlines, and is requested due to the circumstances detailed above, and the Parties' schedules. It is made in good faith and is not intended to cause delay.

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The deposition of plaintiff Edyta Gryglak is permitted to proceed on August 17, 2018.

2. The deadlines to file dispositive motions and the joint pre-trial order are continued for thirty days, until Monday, September 13, 2018 and Monday, October 16, 2018, respectively.

---

[1] The Parties uploaded a prior stipulation continuing the deposition to August 17, 2018 that did not address the dispositive motion deadline or other deadlines. [ECF No.37] The Court denied that stipulation without prejudice. [ECF No.38]. The Parties submit this Stipulation to remedy those defects and address the dispositive motion deadlines.

Dated this 11th day of July 2018.

| | |
|---|---|
| VEGAS WEST ATTORNEYS<br>Counsel for Plaintiff | SNELL & WILMER L.L.P.<br>Counsel for Defendants |
| */s/ Boris Avramski* | */s/ Blakeley E. Griffith* |
| Boris Avramski, Esq.<br>Nevada Bar No. 11350<br>VEGAS WEST ATTORNEYS<br>5594 South Fort Apache Road, Suite 120<br>Las Vegas, NV 89148<br>Phone: (702) 629-7553<br>Fax: (702) 629-2276<br>boris@vegaswestattorneys.com | Blakeley E. Griffith, Esq.<br>Nevada Bar No. 12386<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Phone: (702) 784-5200<br>Fax: (702) 784-5252<br>bgriffith@swlaw.com |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2018