Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

  Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the due date for Plaintiff to file opposition papers to Defendants' Motion for Summary Judgment [ECF 45] by two weeks, from October 4, 2018 to October 18, 2018.

  WHEREAS Defendants filed their Motion for Summary Judgment on September 13, 2018;

  WHEREAS Plaintiff Edyta Gryglak's due date to file opposing papers is October 4, 2018;

  WHEREAS Ms. Gryglak needs two additional weeks to prepare and file her opposing papers because her lead counsel, Edward Griffith, was hospitalized for emergency angioplasty when the motion was filed and did not return to work until the September 25, 2018; and

- 1 -

WHEREAS Wells Fargo consents to this request;

**THE PARTIES HEREBY STIPULATE:**

1. Ms. Gryglak's due date to file papers in opposition to Wells Fargo's motion for summary judgment is extended by two weeks, from October 4, 2018 to October 18, 2018.

| | |
|---|---|
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| */s/ Blakeley E. Griffith* | */s/ Edward Griffith* |
| By: _____ | By: _____ |
| Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>(702) 784-5200<br>(702) 784-5252 (fax) | Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York, New York 10006<br>(212) 363-3784<br>(212) 363-3790 (fax) |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

### ORDER

**IT IS HEREBY ORDERED** that the due date for Plaintiff to file papers in opposition to Defendants' Motion for Summary Judgment is extended by two weeks, from October 4, 2018 to October 18, 2018.

**IT IS SO ORDERED.**

DATED October 4, 2018.

_____
U.S. DISTRICT COURT JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing **OPPOSITION TO MOTION TO DISMISS** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 4th day of October 2018.

*/s/ Edward Griffith*
EDWARD GRIFFITH, ESQ