Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,

Plaintiff,

vs.

HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,

Defendants.

Case No.: 2:17-cv-01514-JCM-NJK

**SECOND STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE**

**(Second Request)**

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the briefing schedule on Defendants' Motion for Summary Judgment [ECF 45] as follows:

(i) the due date for Plaintiff's opposition papers shall be extended by one week, from October 18, 2018 to October 25, 2018; and

(ii) Defendants' time to file reply papers shall be extended from 14 days to 21 days, which shall make the due date for Defendants' reply papers November 15, 2018.

WHEREAS Defendants filed their Motion for Summary Judgment on September 13, 2018;

48894687521115

WHEREAS the Court previously granted the parties first Stipulation and Order extending Plaintiffs due date to file opposition papers by two weeks, from October 4, 2018 to October 18, 2018;

WHEREAS the first extension was necessary due to the hospitalization of Plaintiff's counsel;

WHEREAS since returning to work, Plaintiff's counsel has had an intense work schedule, including a mediation in Florida, a site-inspection in Michigan, an Eleventh Circuit appellate brief, and discovery motions and responses in cases pending in Louisiana, California, and New York;

WHEREAS Plaintiff's counsel needs an additional week to complete and file Plaintiffs' opposition papers, which would extend the due date for opposition papers to October 25, 2018; and

WHEREAS Defendants' counsel needs to extend the period to prepare reply papers by one week, *i.e.*, from two weeks to three weeks, in light of previously scheduled matters during the two-week period between October 25, 2018 and November 8, 2018;

**THE PARTIES HEREBY STIPULATE:**

1. The briefing schedule on Defendants' motion for summary judgment is extended as follows:

(i) Opposition papers are due on October 25, 2018;

(ii) Reply papers are due on November 15, 2018.

Dated: October 17, 2018

SNELL & WILMER L.L.P.

*/s/ Blakeley E. Griffith*

By: ______________________________
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
(702) 784-5252 (fax)

*Attorneys for Defendants*

Dated: October 17, 2018

THE GRIFFITH FIRM

*/s/ Edward Griffith*

By: ______________________________
Edward Griffith (*pro hac vice*)
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(212) 363-3790 (fax)

*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the briefing schedule on Defendants' motion for summary judgment is extended as follows:

(i) Opposition papers are due on October 25, 2018;

(ii) Reply papers are due on November 15, 2018..

**IT IS SO ORDERED.**

DATED October 17, 2018.

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing **OPPOSITION TO MOTION TO DISMISS** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 4th day of October 2018.

*/s/ Edward Griffith*

EDWARD GRIFFITH, ESQ