Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>**FOURTH STIPULATION AND ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**(Fourth Request)** |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the briefing schedule on Defendants' Motion for Summary Judgment [ECF 45] as follows:

(i) the due date for Plaintiff's opposition papers shall be extended by two business days, from Thursday November 8, 2018 to Tuesday, November 13, 2018; and

(ii) Defendants' time to file reply papers be three weeks later, on December 4, 2018.

WHEREAS Defendants filed their Motion for Summary Judgment on September 13, 2018;

WHEREAS the Court previously granted the parties' First, Second, and Third Stipulations and Orders, which extended Plaintiff's due date to file opposition papers by a total of five weeks,

from October 4, 2018 to November 8, 2018, and extended Defendants' response time from two weeks to three weeks;

WHEREAS the first, second, and third extensions were necessary due to the hospitalization of Plaintiff's counsel and his intense work schedule upon returning to work;

WHEREAS Plaintiff counsel's work scheduled has continued to be unusually intense, including, in addition to the matters described in the prior stipulations, preparing for a November 15, 2018 trial in Nevada state court and a December 4, 2018 trial in the United States District Court for the Eastern District of Michigan;

WHEREAS Plaintiff's opposition papers are now almost complete, but Plaintiff counsel needs two additional business days to complete and file them;

**THE PARTIES HEREBY STIPULATE:**

1. The briefing schedule on Defendants' motion for summary judgment is extended as follows:

   (i) Opposition papers are due on November 13, 2018;

   (ii) Reply papers are due on December 4, 2018.

| | |
|---|---|
| Dated: November 8, 2018 | Dated: November 8, 2018 |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| By: */s/ Blakeley E. Griffith* <br> Blakeley E. Griffith (NV Bar No. 12386) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> (702) 784-5200 <br> *Attorneys for Defendants* | By: */s/ Edward Griffith* <br> Edward Griffith (*pro hac vice*) <br> 45 Broadway, Suite 2200 <br> New York, New York 10006 <br> (212) 363-3784 <br> *Attorney for Plaintiff* |

# ORDER

**IT IS HEREBY ORDERED** that the briefing schedule on Defendants' motion for summary judgment is extended as follows:

    (i)    Opposition papers are due on November 13, 2018;

    (ii)    Reply papers are due on December 4, 2018.

**IT IS SO ORDERED.**

DATED November 9, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 8th day of November 2018.

*/s/ Edward Griffith*
EDWARD GRIFFITH, ESQ