UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| EDYTA GRYGLAK, | | Case No. 2:17-CV-1514 JCM (NJK) |
| | Plaintiff(s), | ORDER |
| v. | | |
| HSBC BANK USA, N.A., et al., | | |
| | Defendant(s). | |

Presently before the court is the matter of *Gryglak v. HSBC Bank USA, N.A., et al*, case no. 2:17-cv-01514-JCM-NJK.

On December 20, 2018, the parties filed a "stipulation and order to extend deadline for defendants to respond to plaintiff's opposition to defendants' motion for summary judgment and countermotion for summary judgment." (ECF No. 61). For the following reasons, the stipulation is denied.

On September 13, 2018, defendants HSBC Bank USA, N.A., Wells Fargo Asset Securities Corporation, and Wells Fargo Bank, N.A. (collectively, "defendants") filed their motion for summary judgment. (ECF No. 45). On November 13, 2018, plaintiff Edyta Gryglak ("plaintiff") filed her response to defendants' motion. (ECF No. 56). However, at the end of her response, plaintiff included a purported "counter-motion" for summary judgment against defendants. *See* (ECF No. 56 at 15).

Local Rule IC 2-2(b) provides, in relevant part, "[f]or each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document." LR IC 2-2(b). Plaintiff's combining her response to defendants' motion with her own cross-motion for summary judgment violates LR IC 2-2(b), and therefore the court will

not recognize plaintiff's response insofar as it purports to include a separate motion for summary judgment. If plaintiff wishes to file her own motion for summary judgment, she may do so via a separate filing.

Accordingly, because the parties' stipulation intends to grant defendants' additional time to respond to plaintiff's "motion," the court will deny the stipulation as moot. However, to the extent that defendants intend to file a reply to plaintiff's response to the motion for summary judgment (ECF No. 45), the court will grant defendants until January 4, 2019, as contemplated by the parties' stipulation.

Accordingly,

IT IS HEREBY ORDERED that the parties' second stipulation for extension of time (ECF No. 61) be, and the same hereby, is DENIED.

IT IS FURTHER ORDERED that defendants shall have until January 4, 2019, to file their reply to the motion for summary judgment (ECF No. 45).

DATED December 21, 2018.

_____
UNITED STATES DISTRICT JUDGE