Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
      bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>    Defendants. | Case No. 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATION IN SUPPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to file a response to Plaintiff's Opposition to Defendant's Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment from February 8, 2019 to February 15, 2019.

WHEREAS, the deadline for Defendants to file their Response to Plaintiff's Opposition to

Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment is February 8, 2019;

WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to file their Response to Plaintiff's Opposition to the Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment from February 8, 2019 to February 15, 2019.

WHEREAS, this is the first request for an extension of time for Defendants to file their Response to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. The reason for the extension is Defendants' counsel is in the middle of preparing for a mediation, and this has caused her to need more time to respond to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendants to file a Response to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment is extended from February 8, 2019 to **February 15, 2019**.

| | |
|---|---|
| Dated: February 7, 2019. | Dated: February 7, 2019. |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| By: /s/Blakeley E. Griffith<br>Amy F. Sorenson (NV Bar No. 12495)<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 | By: /s/Edward Griffith<br>Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York, New York 10006<br>Telephone: (212) 363-3784<br>Facsimile: (212) 363-3790 |
| *Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation* | *Attorney for Plaintiff* |

///

///

///

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION to Respond to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment is extended from February 8, 2019 to **February 15, 2019**.

**IT IS SO ORDERED**.

DATED February 12, 2019.

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATION IN SUPPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 7th day of February 2019.

                                             */s/ Gaylene Kim*
                                        An Employee of Snell & Wilmer L.L.P.