Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
          bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, N.A., as Trustee for
Wells Fargo Home Equity Asset-Backed Certificates,
Series 2006-3, by its Attorney-in-fact Wells Fargo
Bank, N.A., Wells Fargo Bank, N.A., and Wells
Fargo Asset Securities Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN, <br><br> Plaintiff, <br><br> vs. <br><br> HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION, <br><br> Defendants. | Case No. 2:17-cv-01514-JCM-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATION IN SUPPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(SECOND REQUEST)** |

Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to file a response to Plaintiff's Opposition to Defendant's Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment from February 15, 2019 to February 20, 2019.

WHEREAS, the deadline for Defendants to file their Response to Plaintiff's Opposition to

- 1 -

Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment is February 15, 2019;

WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to file their Response to Plaintiff's Opposition to the Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment from February 15, 2019 to February 20, 2019.

WHEREAS, this is the second request for an extension of time for Defendants to file their Response to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. The reason for the extension is Defendants' counsel has been in the middle of attending an out of state mediation and this has caused her to need more time to respond to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment.

**THE PARTIES HEREBY STIPULATE:**

1.     The deadline for Defendants to file a Response to Plaintiff's Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for Summary Judgment is extended from February 15, 2019 to **February 20, 2019**.

Dated: February 15, 2019.                           Dated: February 15, 2019.

SNELL & WILMER L.L.P.                           VEGAS WEST ATTORNEYS

By:   /s/Blakeley E. Griffith                              By:   /s/Boris Avramski
    Amy F. Sorenson (NV Bar No. 12495)             Boris Avramski (NV Bar No. 11350)
    Blakeley E. Griffith (NV Bar No. 12386)         5594 South Fort Apache Rd., Ste. 120
    3883 Howard Hughes Parkway, Suite 1100          Las Vegas, NV 89148
    Las Vegas, NV 89169                             Telephone: (702) 629-7553
                                                    Facsimile: (702) 629-7553
*Attorneys for HSBC Bank USA, N.A., as Trustee*     *Attorney for Plaintiff*
*for Wells Fargo Home Equity Asset-Backed*
*Certificates, Series 2006-3, by its Attorney-in-fact*
*Wells Fargo Bank, N.A., Wells Fargo Bank, N.A.,*
*and Wells Fargo Asset Securities Corporation*

///

///

///

4815-9958-3624

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1

## <u>ORDER</u>

2    **IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A.,

3    as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series

4    2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.;

5    AND WELLS FARGO ASSET SECURITIES CORPORATION to Respond to Plaintiff's

6    Opposition to Defendants' Motion to Strike Declaration In Support of Plaintiff's Motion for

7    Summary Judgment is extended from February 15, 2019 to **February 20, 2019**.

8    **IT IS SO ORDERED**.

9

DATED February 15, 2019.

10

11                                                    U.S. DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4815-9958-3624

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATION IN SUPPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 15th day of February 2019.

_/s/ Maricris Williams_
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4815-9958-3624