Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(FIRST REQUEST)** |

Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; AND WELLS FARGO ASSET SECURITIES CORPORATION ("Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend the deadline for Defendants to file a response to Plaintiff's Motion for Preliminary Injunction from April 5, 2019 to April 11, 2019.

WHEREAS, the deadline for Defendants to file their Response to Plaintiff's Motion for Preliminary Injunction is April 5, 2019;

- 1 -

4834-1119-0162

WHEREAS, the Parties now stipulate and agree to extend the time for Defendants to file their Response to Plaintiff's Motion for Preliminary Injunction from April 5, 2019 to April 11, 2019.

WHEREAS, this is the first request for an extension of time for Defendants to file their Response to Plaintiff's Motion for Preliminary Injunction and is not intended to cause any delay or prejudice to any party. The reason for the extension is the workload of Defendants' counsel, which has caused her to need more time to respond to Plaintiff's Motion for Preliminary Injunction.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendants to file a Response to Plaintiff's Motion for Preliminary Injunction is extended from April 5, 2019 to **April 11, 2019**.

Dated: April 3, 2019.

SNELL & WILMER L.L.P.

By: /s/Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

Dated: April 3, 2019.

VEGAS WEST ATTORNEYS

By: /s/Boris Avramski
Boris Avramski (NV Bar No. 11350)
5594 South Fort Apache Rd., Ste. 120
Las Vegas, NV 89148
Telephone: (702) 629-7553
Facsimile: (702) 629-7553

*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.;

4834-1119-0162

AND WELLS FARGO ASSET SECURITIES CORPORATION to Respond to Plaintiff's Motion for Preliminary Injunction is extended from April 5, 2019 to **April 11, 2019**.

**IT IS SO ORDERED**.

DATED this  4th  day of _____April_____, 2019.

*[signature: James C. Mahan]*
U.S. DISTRICT COURT JUDGE

4834-1119-0162

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 4th day of April 2019.

                                          */s/ Gaylene Kim*
                                        An Employee of Snell & Wilmer L.L.P.

4834-1119-0162