Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DUE DATE TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend by one week the due date for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction [ECF 74]. If approved, this stipulation would extend the due date from April 18, 2019 to April 25, 2019.

WHEREAS the deadline for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction is April 18, 2019.

WHEREAS the Parties now stipulate and agree to extend the time for Plaintiff to file her Reply from April 18, 2019 to April 25, 2019.

- 1 -

WHEREAS, this is the first request for an extension of time for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction and is not intended to cause any delay or prejudice to any party. The reason for the extension is the workload of Plaintiff's counsel, including extensive out-of-town work on other matters over the last week, which has caused him to need more time to prepare and file Plaintiff's Reply.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction is extended from April 18, 2019 to **April 25, 2019**.

| | |
|---|---|
| Dated: April 18, 2019 | Dated: April 18, 2019 |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| */s/ Blakeley E. Griffith* | */s/ Edward Griffith* |
| By: _____ | By: _____ |
| Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>(702) 784-5200<br>(702) 784-5252 (fax) | Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York, New York 10006<br>(212) 363-3784<br>(212) 363-3790 (fax) |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

- 2 -

**ORDER**

**IT IS HEREBY ORDERED** that the due date for Plaintiff to file Reply papers in further support of her Motion for Preliminary Injunction is extended by one week, from April 18, 2019 to April 25, 2019.

**IT IS SO ORDERED.**

DATED this 19th day of April 2019.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, I electronically filed the foregoing **STIPULATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 18th day of April 2019.

*/s/ Edward Griffith*

EDWARD GRIFFITH, ESQ

- 4 -