Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DUE DATE TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Third Request)** |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend by one day the due date for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction [ECF 74]. If approved, this stipulation would extend the due date from Monday, April 29, 2019 to Tuesday, April 30, 2019.

WHEREAS the current deadline for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction is April 29, 2019.

WHEREAS the Parties now stipulate and agree to extend the time for Plaintiff to file her Reply from April 29, 2019 to April 30, 2019.

WHEREAS, this is the third request for an extension of time for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction and is not intended to cause any delay or prejudice to any party. The reason for the extension is the same as the last two extension requests, the workload of Plaintiff's counsel, which has continued to be especially intense. Plaintiff counsel believes that a final extension of one additional day should enable him to complete and file Plaintiff's Reply.

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Plaintiff to file her Reply in further support of her Motion for Preliminary Injunction is extended from Monday April 29, 2019 to Tuesday **April 30, 2019**.

| | |
|---|---|
| Dated: April 29, 2019 | Dated: April 29, 2019 |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| */s/ Blakeley E. Griffith* | */s/ Edward Griffith* |
| By: _____<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>(702) 784-5200<br>(702) 784-5252 (fax) | By: _____<br>Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York, New York 10006<br>(212) 363-3784<br>(212) 363-3790 (fax) |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

- 2 -

# ORDER

**IT IS HEREBY ORDERED** that the due date for Plaintiff to file Reply papers in further support of her Motion for Preliminary Injunction is extended by two business days, from Monday April 25, 2019 to Tuesday April 30, 2019.

**IT IS SO ORDERED.**

DATED April 30, 2019.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, I electronically filed the foregoing **STIPULATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 29th day of April 2019.

*/s/ Edward Griffith*

EDWARD GRIFFITH, ESQ

- 4 -