**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>ORDER GRANTING<br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, EDYT. GRYGLAK, formerly known as EDYTA A. FROMKIN, hereby substitutes Boris Avramski, Esq., of the law firm Marathon Law Group, PLLC as the attorney in the above-captioned case in the place and stead of Boris Avramski, Esq., of **vegas west attorneys**.

DATED this __3rd__ day of June, 2020.

*Edyta Gryglak*   6/3/2020
EDYTA GRYGLAK, formerly known as
EDYTA A. FROMKIN

1

Boris Avramski, Esq. of the law firm Marathon Law Group, PLLC, does hereby agree to be substituted in the place and stead of Holly Fic, Esq. as attorney of record for Plaintiff, CRESCENT MOON ENTERTAINMENT, LLC, in the above-entitled action.

DATED this 12th day of June, 2020.

**Marathon Law Group, PLLC**

*/s/ Boris Avramski*
**Boris Avramski Esq.**
Nevada Bar No. 11350
5550 Painted Mirage Rd., Ste. 320-A079
Las Vegas, Nevada 89101
Telephone: (702) 522-1808
Facsimile: (702) 685-3625
boris@marathonlawgroup.com
*Attorneys for Plaintiff*

Holly Fic, Esq. of **vegas west attorneys** does hereby agree to the substitution of Boris Avramski, Esq., of the Marathon Law Group, PLLC, as attorney of record in the above-entitled action for Plaintiff, EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN.

DATED this 10th day of June, 2020.

**vegas west attorneys**

Holly Fic     6/10/2020
**Holly Fic, Esq.**
Nevada Bar No. 7699
5594 South Fort Apache Suite 120
Las Vegas, Nevada 89148
(702) 629-7553
*Former Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 18, 2020