# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDYTA GRYGLAK, | Case No. 2:17-CV-1514 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| HSBC BANK USA, N.A., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Edyta Gryglak v. HSBC Bank USA, N.A., et al.*, case number 2:17-cv-01514-JCM-NJK.

On July 6, 2020, this court executed bond for defendants in light of the wrongful stay on their foreclosure sale. (ECF No. 127). In accordance with this court's order, the clerk entered partial judgment in favor of defendants for the "bond amount of $159,129.04, plus any accrued interest." (ECF No. 128).

This court clarifies its aforementioned order *nunc pro tunc*: the bond amount will be disbursed to defendants' counsel for the purpose of distribution among defendants as the defendants see fit. (ECF No. 127).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the entire bond amount of $159,129.04, plus any accrued interest, which was executed in defendants' favor by this court's order, (ECF No. 127), be disbursed to defendants' counsel.

DATED July 10, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**