Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DUE DATE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to allow the late filing of Plaintiff's Reply Memorandum in Further Support of her Motion for Reconsideration [ECF No. 132], which was filed 59 minutes after the due date at midnight on August 24, 2020. If approved, this stipulation would thereby extend the due date from August 24, 2020 to August 25, 2020.

WHEREAS the deadline for Plaintiff to file her Reply Memorandum in Further Support of her Motion for Reconsideration was April 24, 2019.

- 1 -

1  WHEREAS the Plaintiff's counsel completed the memorandum on the evening of due date, but inadvertently fell asleep, awoke shortly after midnight and immediately filed the memorandum at 12:59 a.m. on August 25, 2020.

WHEREAS, Plaintiff's late filing was due to counsel's excusable neglect under Fed. R. Civ. P. 6(b)(1)(B) and LR IA 6-1(a), no prior request to extend this deadline was made and the late filing will not cause any delay or prejudice e to any party.

**THE PARTIES HEREBY STIPULATE:**

1. The late filing of Plaintiff's Reply Memorandum in Further Support of her Motion for Reconsideration is allowed and the due date for that memorandum is extended from August 24, 2020 to August 25, 2020.

| | |
|---|---|
| Dated: August 25, 2020 | Dated: August 25, 2020 |
| SNELL & WILMER L.L.P. | THE GRIFFITH FIRM |
| /s/ Kelly H. Dove | /s/ Edward Griffith |
| By: _____<br>Kelly H. Dove (NV Bar No. 10569)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>(702) 784-5200<br>(702) 784-5252 (fax) | By: _____<br>Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York, New York 10006<br>(646) 645-3784 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

- 2 -

## ORDER

**IT IS HEREBY ORDERED** that the late filing of Plaintiff's Reply Memorandum in Further Support of her Motion for Reconsideration is allowed and the due date for that memorandum is extended by one day from August 24, 2020 to August 25, 2020.

**IT IS SO ORDERED.**

DATED September 1, 2020.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, I electronically filed the foregoing **STIPULATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 18th day of April 2019.

/s/ Edward Griffith
_____
EDWARD GRIFFITH, ESQ

- 4 -