Edward Griffith
(admitted *pro hac vice*)
THE GRIFFITH FIRM
45 Broadway, Suite 2200
New York, New York 10006
(212) 363-3784
(646) 645-3784 (cell)
eg@thegriffithfirm.com
*Attorneys for Plainitff Edyta Gryglak*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN, | Case No.: 2:17-cv-01514-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO REOPEN DISPOSITIVE MOTION DEADLINE** |
| vs. | |
| HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION, | **(FIRST REQUEST)** |
| Defendants. | |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation (collectively, "Defendants") and Plaintiff Edyta Gryglak ("Plaintiff" and together with Defendants, the "Parties") hereby stipulate to extend by one week the due date for Plaintiff to file opposition papers to Defendants' Motion to Reopen Dispositive Motion Deadline [ECF 136] (the "Motion to Reopen"). If approved, this stipulation would extend the due date from March 10, 2021 to March 17, 2021.

WHEREAS Defendants filed their Motion to Reopen on February 24, 2021;

WHEREAS Plaintiff Edyta Gryglak's due date to file opposing papers is March 10, 2021;

WHEREAS since Wells Fargo filed the Motion to Reopen on February 24, 2021, Ms. Gryglak's lead counsel, Edward Griffith, has been actively involved matters pending in the United

States District Court for the Southern District, the United States District Court for the Northern District of Georgia and the Los Angeles Superior Court. As a result, he needs an additional week to complete and file Ms. Gryglak's response to Wells Fargo's Motion to Reopen.

WHEREAS Wells Fargo consents to this request;

**THE PARTIES HEREBY STIPULATE:**

1. Ms. Gryglak's due date to file papers in opposition to Wells Fargo's Motion to Reopen is extended by one week, from March 10, 2021 to March 17, 2021.

Dated: March 10, 2021

SNELL & WILMER L.L.P.

*/s/ Blakeley E. Griffith*

By: _____
    Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
(702) 784-5252 (fax)

*Attorneys for Defendants*

Dated: March 17, 2021

THE GRIFFITH FIRM

*/s/ Edward Griffith*

By: _____
    Edward Griffith (*pro hac vice*)
45 Broadway, Suite 2200
New York, New York 10006
(646) 645-3784 (mobile)
(212) 363-3790 (fax)

*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the due date for Plaintiff to file papers in opposition to Defendants' Motion to Reopen Dispositive Motion Deadline is extended by one week, from March 10, 2021 to March 17, 2021.

**IT IS SO ORDERED.**

DATED March 12, 2021.

_____
U.S. DISTRICT COURT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing **STIPULATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 10th day of March 2021.

*/s/ Edward Griffith*
_____
EDWARD GRIFFITH, ESQ