Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       kdove@swlaw.com
       bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, N.A., as Trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., and Wells Fargo Asset Securities Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDYTA GRYGLAK, formerly known as EDYTA A. FROMKIN,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, N.A., as trustee for WELLS FARGO HOME EQUITY ASSET-BACKED CERTIFICATES, Series 2006-3, by its Attorney-in-fact WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-01514-JCM-NJK<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS' MOTION TO REOPEN DISPOSITIVE MOTION DEADLINE [ECF No. 136]** |

Defendants HSBC Bank USA, N.A., as trustee for Wells Fargo Home Equity Asset-Backed Certificates, Series 2006-3, by its Attorney-in-fact Wells Fargo Bank, N.A.; Wells Fargo Bank, N.A.; and Wells Fargo Asset Securities Corporation (collectively, "Defendants" or "Wells Fargo") and Plaintiff Edyta Gryglak (together with Defendants, "the Parties") hereby stipulate to grant Wells Fargo's Motion to Reopen Dispositive Motion Deadline [ECF No. 136] to permit Wells Fargo to file its proposed renewed motion for summary judgment [ECF No. 136-1] and for

Ms. Gryglak to file an optional summary-judgment motion regarding her theory of contract damages, with the following background and for the following reasons:

1. Wells Fargo filed its Motion to Reopen Dispositive Motion Deadline ("the Motion") on February 24, 2021. ECF No. 136.

2. The Motion seeks to reopen the dispositive motion deadline in this case to permit Wells Fargo to file a motion for summary judgment that addresses Ms. Gryglak's theory of damages for her contract claim, which Wells Fargo asserts was first raised after summary judgment. Wells Fargo's renewed summary judgment concerns only this sole remaining claim.

3. Wells Fargo appended its proposed renewed summary judgment motion to the Motion. ECF No. 136-1.

4. After several stipulations and an unopposed motion to extend time, Ms. Gryglak's deadline to oppose the Motion was extended until May 19, 2021, with no further extensions permitted. ECF No. 148.

5. Ms. Gryglak agrees that the Court should address the issues regarding contract damages raised in Wells Fargo's proposed renewed summary judgment motion and thus also agrees that the dispositive motion deadline should be reopened to permit Wells Fargo to file that motion.

6. Ms. Gryglak disagrees, however, with the merits of Wells Fargo's proposed renewed summary-judgment motion and intends to oppose it.

7. Ms. Gryglak also potentially desires to file her own summary judgment motion regarding her theory of contract damages.

Accordingly, the Parties here **STIPULATE** as follows:

1. Wells Fargo's Motion to Reopen Dispositive Motion Deadline (ECF No. 136) should be GRANTED.

2. The dispositive motion deadline in this action should be reopened for the limited purpose of permitting Wells Fargo to file its proposed renewed summary judgment motion (ECF No. 136-1) and permitting Ms. Gryglak to file an optional summary judgment motion addressing her theory of contract damages within the time limits described below.

3. Wells Fargo may file its renewed summary-judgment motion within 7 days of this Court granting the instant stipulation.

4. Ms. Gryglak shall have 30 days from the date that Wells Fargo files its renewed summary judgment motion to (1) file an opposition to that motion and (2) file her own optional summary judgment motion regarding her theory of contract damages, only.

| Dated: May 19, 2021 | Dated: May 19, 2021 |
|---|---|
| SNELL & WILMER L.L.P. | The GRIFFITH FIRM |
| /s/  Kelly H. Dove<br>Amy F. Sorenson, Esq. (NV. Bar #. 12495)<br>Kelly H. Dove, Esq. (NV Bar # 10569)<br>Blakeley E. Griffith, Esq. (NV Bar # 12386)<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252 | /s/  Edward Griffith<br>Edward Griffith (*pro hac vice*)<br>45 Broadway, Suite 2200<br>New York New York 10006<br>Telephone: (646) 645-3784<br>Facsimile: (212) 363-3790 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

[Continued on Next Page]

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that the Parties' stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that Wells Fargo's Motion to Reopen Dispositive Motion Deadline (ECF No. 136) is **GRANTED**.

**IT IS FURTHER ORDERED** that the dispositive motion deadline in this action is reopened for the limited purpose of permitting Wells Fargo to file its proposed renewed summary judgment motion (ECF No. 136-1) and permitting Ms. Gryglak to file an optional summary judgment motion addressing her theory of contract damages within the time limits set out below.

**IT IS FURTHER ORDERED** that Wells Fargo shall file its renewed summary judgment motion within 7 days of the date of this Order.

**IT IS FURTHER ORDERED** that Ms. Gryglak shall have 30 days from the date that Wells Fargo files its renewed summary judgment motion to (1) file an opposition to that motion and (2) file her own optional summary judgment motion regarding her theory of contract damages, only.

**IT IS SO ORDERED.**

DATED:  May 24, 2021

*/s/ James C. Mahan*
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I electronically filed the foregoing **STIPULATION AND ORDER GRANTING DEFENDANTS' MOTION TO REOPEN DISPOSITIVE MOTION DEADLINE [ECF No. 136]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 19th day of May 2021.

/s/ Kelly H. Dove
An Employee of Snell & Wilmer L.L.P.

4834-2273-8410